580

peals for the District of Columbia denied. *Messrs. Jo V. Morgan, Charles A. Douglas, Hugh H. Obear,* and *Edmond D. Campbell* for petitioner. *Messrs. Frank S. Bright, George C. Shinn,* and *H. Stanley Hinrichs* for respondent.

No. 192. ALPHONSE K. ROY *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE;

No. 193. CHARLES J. DERBES *v.* SAME;

No. 194. INEZ M. ROY *v.* SAME;

No. 195. ALPHONSE K. ROY AND CHARLES J. DERBES, EXECUTORS, *v.* SAME;

No. 196. CARMEN DERBES *v.* SAME;

Nos. 197 to 201. STAFFORD, DERBES & ROY, INC. *v.* SAME; and

No. 202. UPSTREAM REALTY CO., INC. *v.* SAME. October 8, 1934. Petition for writs of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. John J. Finnorn* for petitioners. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Messrs. James W. Morris* and *Norman D. Keller* for respondent.

No. 203. TEXAS & NEW ORLEANS R. CO. ET AL. *v.* WEBSTER ET AL. October 8, 1934. Petition for writ of certiorari to the Supreme Court of Texas denied. *Messrs. Michael Nagle, Maury Kemp,* and *Jules Henri Tallichet* for petitioners. *Mr. Robert Ewing Thomason* for respondents.
See also, 53 S. W. (2d) 656.

No. 320. TEXAS & PACIFIC RY. CO. *v.* DAWSON. October 8, 1934. Petition for writ of certiorari to the Supreme Court of Texas denied. *Messrs. Joseph H. T.*

*Bibb* and *T. D. Gresham* for petitioner.  *Mr. S. P. Jones* for respondent.
See also, 45 S. W. (2d) 367.

No. 204.  VAN DEVENTER *v.* TENNESSEE EX REL. WALLACE, COMPTROLLER.  October 8, 1934.  Petition for writ of certiorari to the Supreme Court of Tennessee denied. *Mr. Horace Van Deventer, pro se.*  No appearance for respondent.

No. 205.  CARROLLTON EXCELSIOR & FUEL CO., LTD. *v.* NEW ORLEANS & NORTHEASTERN R. Co.  October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied.  *Mr. W. J. Waguespack* for petitioner.  No appearance for respondent.

No. 206.  ALEXANDER *v.* THELEMAN, TRUSTEE IN BANKRUPTCY.  October 8, 1934.  Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied.  *Messrs. Henry C. Vidal* and *William V. Hodges* for petitioner.  *Mr. Wilbur F. Denious* for respondent.

No. 207.  BALTIMORE & OHIO R. Co. *v.* DEWALD.  October 8, 1934.  Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. George W. P. Whip* for petitioner.  No appearance for respondent.

No. 209.  HARRIS *v.* UNITED STATES.  October 8, 1934. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied.  *Messrs.*